July 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JONATHAN WASSERBERG AND JASON FELT, Appellants

NO. 14-11-00736-CV                    V.

FLOORING SERVICES OF TEXAS, LLC AND STEWART TITLE GUARANTY CO.,
Appellees

_____

This cause, an appeal of the trial court's judgment in favor of appellees, FLOORING SERVICES OF TEXAS, LLC and STEWART TITLE GUARANTY CO., signed on May 25, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, JONATHAN WASSERBERG AND JASON FELT, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.